UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **PIERRE QUINCY PULLINS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) No. 1:14-cv-0300-DKL-TWP |
| vs. | ) |
| | ) |
| **AMAZON.COM.INDC, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the Court's *Entry* of this same date, **IT IS NOW HERBY ORDERED, ADJUDGED, AND DECREED** that **JUDGMENT** is **ENTERED** in favor of Defendant Amazon.com.indc, LLC and against Pierre Quincy Pullins.

**SO ORDERED: 10/08/2015**

*Denise K. LaRue*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Distribution:

ECF Distribution to counsel of record

U.S. Mail to:

Pierre Quincy Pullins
1227 N. Rural St.
Indianapolis, IN 46201